IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN RAY MCCULLEY, | ) | ORDER RESCHEDULING JURY TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the jury trial in this case is rescheduled and shall commence on July 6, 2007, at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, with jury selection at commencement.

    Dated June 4, 2007.

                      BY THE COURT


                        s/ Warren K. Urbom
                        United States Senior District Judge