IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN RAY MCCULLEY, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the sentencing hearing for the defendant, Kevin Ray McCulley, is rescheduled and shall commence at 12:15 p.m. on December 3, 2007, in Courtroom No. 4, U.S. Courthouse, Lincoln, Nebraska.   The defendant shall be present for the hearing.

    Dated November 7, 2007.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge