IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN RAY MCCULLEY, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the sentencing hearing is rescheduled and shall commence at 3:00 p.m. on December 4, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

   DATED this 29th day of November, 2007.

                              BY THE COURT:


                              s/ Warren K. Urbom
                              United States Senior District Judge