IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07cr3058 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER ON MOTION TO RETURN |
| v. | ) | APPEARANCE BOND |
| | ) | |
| KEVIN McCULLEY, | ) | |
| | ) | |
| Defendant. | ) | |

In the Amended Order Setting Conditions of Release (Filing 8), the defendant was required to post a $10,000 bond with a 10% posting in the amount of $1,000 as a condition of his release.  Such posting was made by Ronald McCulley, 4550 Ash Canyon Road, Ansley, NE 68814, and is in the custody of the Clerk of the United States District Court for the District of Nebraska.  The defendant has been sentenced and is currently in custody of the United States Marshal awaiting designation by the Bureau of Prisons.  The 10% posting in the amount of $1,000 should be exonerated and returned to Ronald McCulley, 4550 Ash Canyon Road, Ansley, NE 68814.

IT IS ORDERED that the Clerk of the United States District Court for the District of Nebraska return the $1,000 cash bond posting which is in the possession of the Clerk of the United States District Court for the District of Nebraska, to Ronald McCulley, 4550 Ash Canyon Road, Ansley, NE 68814.

Dated December 17, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge